■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP HEARD, Appellant. [801 NYS2d 551]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment

granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Assault, 2nd Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.